# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** DAVID L. & KATHRYN E. ROTZ
**Case Number:** 11-24844-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 25, 2016  02:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#73 - Continued Trustee's Certificate of Default to Dismiss
R / M #:  73 / 0

### Appearances:

*[handwritten: Buchanan]*

Debtor:
Trustee: Winnecour / (Bedford) Pail / Katz

Creditor:

### Proceedings:

*[handwritten: Time up - Debtors unable to complete plan]*

Outcome: The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/18/2016   2:19:35PM