**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David L. Rotz** | : | Case No. 11−24844−CMB |
| **Kathryn E. Rotz** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 73 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this **29th day of August, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                  Case No. 11-24844-CMB
David L. Rotz                                                           Chapter 13
Kathryn E. Rotz
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                   Page 1 of 2                  Date Rcvd: Aug 29, 2016
                               Form ID: 309                 Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db/jdb         +David L. Rotz,    Kathryn E. Rotz,    340 Glenco Drive,    West Mifflin, PA 15122-2626
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,      PO Box 630267,    Irving, TX   75063)
13230285        Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219
13140717       +EIS Collections,    2323 Lake Club Dr,    Suite 300,    Columbus, OH 43232-3205
13191460       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13140718       +First National Bank Credit Card Center,    Attention: Bankruptcy Department,
                 1620 Dodge St. Ms4440,    Omaha, NE 68197-0003
13140720       +Full Service Network,    600 Grant St Fl 30,    Pittsburgh, PA 15219-2709
13147585       +NATIONSTAR MORTGAGE,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
13140726        PA Dept. of Revenue,    Bureau of Compliance,    Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948
13140727       +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13140729       +Shh Fcu,    1800 West St,    Homestead, PA 15120-2563
13181241       +West Mifflin Area School District,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
                 546 Wendel Rd.,    Irwin, PA 15642-7539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13140711        EDI: BANKAMER2.COM Aug 30 2016 01:43:00       Bank Of America,    Po Box 15102,
                 Wilmington, DE 19886-5102
13140712        E-mail/Text: bankruptcy@bbandt.com Aug 30 2016 02:14:03       BB & T,    Bankruptcy Dept,
                 Po Box 1847,    Wilson, NC 27894
13140713       +EDI: WFNNB.COM Aug 30 2016 01:43:00       Blair,    Blair WFCB/Attn: Bankruptcy,    Po Box 182686,
                 Columbus, OH 43218-2686
13140714       +EDI: CHASE.COM Aug 30 2016 01:43:00       Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13140715       +EDI: CHRYSLER.COM Aug 30 2016 01:43:00       Chrysler Credit,    Po Box 9218,
                 Farmington Hills, MI 48333-9218
13140716        EDI: DISCOVER.COM Aug 30 2016 01:43:00       Discover Fin,    Po Box 8003,    Hilliard, OH 43026
13183204        EDI: DISCOVER.COM Aug 30 2016 01:43:00       Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH   43054-3025
13257557       +EDI: RESURGENT.COM Aug 30 2016 01:43:00       East Bay Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13140719       +EDI: CHASE.COM Aug 30 2016 01:43:00       First USA Bank - Chase,    Attention: Customer Service,
                 Po Box 94014,    Palatine, IL 60094-4014
13215013        EDI: Q3G.COM Aug 30 2016 01:43:00       Galaxy Asset Purchasing, LLC,    Quantum3 Group LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
13140721       +EDI: RMSC.COM Aug 30 2016 01:43:00       Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
13140722       +EDI: HFC.COM Aug 30 2016 01:43:00       Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,
                 Carol Stream, IL 60197-5213
13140723        EDI: IRS.COM Aug 30 2016 01:43:00       Internal Revenue Service,    Department of the Treasury,
                 Cincinnati, OH 45999
13140724       +EDI: TSYS2.COM Aug 30 2016 01:43:00       Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13196792        EDI: PRA.COM Aug 30 2016 01:43:00       Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk VA 23541
13143763        EDI: RESURGENT.COM Aug 30 2016 01:43:00       Roundup Funding, LLC,    MS 550,    PO Box 91121,
                 Seattle, WA 98111-9221
13140728       +EDI: SEARS.COM Aug 30 2016 01:43:00       Sears/cbna,    701 East 60th St N,
                 Sioux Falls, SD 57104-0432
13140730       +EDI: WFNNB.COM Aug 30 2016 01:43:00       Wfnnb/Limited Too,    P.O. Box 182686,
                 Columbus, OH 43218-2686
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr*            +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
13140725*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage Ll,      Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067)
                                                                                                TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Aug 29, 2016
                              Form ID: 309            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Matthew M. Herron    on behalf of Debtor David L. Rotz mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;tmatiasic@yahoo.com
              Matthew M. Herron    on behalf of Joint Debtor Kathryn E. Rotz mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;tmatiasic@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7
```