**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DAVID L. ROTZ | Case No.:11-24844 |
| KATHRYN E. ROTZ | |
|     Debtor(s) | |
| | |
| Ronda J. Winnecour | Document No.: |
|     Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 07/29/2011  and confirmed on 09/26/2011 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 36,992.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 36,992.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 915.00 | |
|   Trustee Fee | 1,250.57 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,165.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC* | 0.00 | 26,246.55 | 0.00 | 26,246.55 |
|   Acct: 5519 | | | | |
| NATIONSTAR MORTGAGE LLC* | 4,816.49 | 4,816.49 | 0.00 | 4,816.49 |
|   Acct: 5519 | | | | |
| PA DEPARTMENT OF REVENUE* | 755.00 | 755.00 | 55.62 | 810.62 |
|   Acct: 9592 | | | | |
| WEST MIFFLIN ASD (W MIFFLIN BORO)(RE | 1,778.93 | 1,778.93 | 0.00 | 1,778.93 |
|   Acct: J084 | | | | |
| | | | | 33,652.59 |
| **Priority** | | | | |
| MATTHEW M HERRON ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID L. ROTZ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LEGAL HELPERS - NOW MACEY BANKRUI | 915.00 | 915.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEPHEN J HANAK ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   IRENE M COSTELLO ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 8,085.99 | 1,173.84 | 0.00 | 1,173.84 |
|     Acct: 8852 | | | | |
| | | | | 1,173.84 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 156.76 | 0.00 | 0.00 | 0.00 |
|     Acct: 9001 | | | | |
|   GALAXY ASSET PURCHASING LLC | 780.07 | 0.00 | 0.00 | 0.00 |
|     Acct: 6711 | | | | |
|   BRANCH BANKING&TRUST CO/BB&T(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1001 | | | | |
|   WFCB/BLAIR CATALOG++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3402 | | | | |
|   CHASE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8682 | | | | |
|   CHRYSLER FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0271 | | | | |
|   DISCOVER BANK(*) | 4,527.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 0759 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8235 | | | | |
|   EIS COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4815 | | | | |
|   FIRST NATIONAL BANK CREDIT CARD CEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8054 | | | | |
|   CHASE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4130 | | | | |
|   FULL SERVICE NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2245 | | | | |
|   GALAXY ASSET PURCHASING LLC | 736.10 | 0.00 | 0.00 | 0.00 |
|     Acct: 0942 | | | | |
|   HSBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5170 | | | | |
|   FDS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4020 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1651 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2334 | | | | |
|   EAST BAY FUNDING | 18,935.11 | 0.00 | 0.00 | 0.00 |
|     Acct: 2503 | | | | |
|   SHHS FEDERAL CU - HOMESTEAD**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5172 | | | | |
|   LIMITED TOO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6003 | | | | |
|   EQUITABLE GAS CO (*) | 374.46 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5553 | | | | |
|   INTERNAL REVENUE SERVICE* | 830.28 | 0.00 | 0.00 | 0.00 |
|     Acct: 8852 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 11,345.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 9811 | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                      34,826.43

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 8,085.99 |
| SECURED | 7,350.42 |
| UNSECURED | 37.685.69 |

Date: 10/12/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com